**JS6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>　　　　Plaintiff,<br>　vs.<br><br>NEO BROTHER, INC,<br><br>　　　　Defendant.<br>_____ | Case No. CV08-02262 JFW (SHx)<br><br>**JUDGMENT AGAINST DEFENDANT NEO BROTHER, INC.** |

　　　Judgment in the amount of $24,825.00 is awarded against Defendant NEO BROTHER, INC. Additionally, Plaintiff is entitled to post judgment interest and costs, including attorneys' fees, in seeking enforcement.

　　　SO ORDERED.

　　　DATED: September 18, 2008

　　　By:_____
　　　　　HON. JOHN F. WALTER
　　　　　United States District Court Judge

1　　　　　　　　　　　　　　　　　　　　　CV08-02262 JFW (SHx)

JUDGMENT AGAINST DEFENDANT NEO BROTHER, INC.