**JS6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>            Plaintiff,<br>    vs.<br><br>NEO BROTHER, INC,<br><br>            Defendant.<br>_____ | Case No.  CV08-02262 JFW (SHx)<br><br>**JUDGMENT AGAINST DEFENDANT NEO BROTHER, INC.** |

    Judgment in the amount of $24,825.00 is awarded against Defendant NEO BROTHER, INC.  Additionally, Plaintiff is entitled to post judgment interest and costs, including attorneys' fees, in seeking enforcement.

    SO ORDERED.

    DATED: September 18, 2008

    By:_____/s/ John F. Walter_____
          HON. JOHN F. WALTER
          United States District Court Judge